SHANNON P. MINTER – 168907
CHRISTOPHER F. STOLL – 179046
AMY WHELAN – 215675
RACHEL BERG*
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st Street #11548
Sacramento, California  94102
Telephone:     (415) 392-6257
Email:          sminter@nclrights.org
                cstoll@nclrights.org
                awhelan@nclrights.org
                rberg@nclrights.org

JOSHUA ROVENGER*
DONOVAN BENDANA*
GLBTQ LEGAL ADVOCATES &
DEFENDERS (GLAD LAW)
18 Tremont Street, Suite 950
Boston, Massachusetts  02108
Telephone:     (617) 426-1350
Email:          jrovenger@gladlaw.org
                dbendana@gladlaw.org

GAY C. GRUNFELD – 121944
KARA J. JANSSEN – 274762
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:     (415) 433-6830
Facsimile:     (415) 433-7104
Email:          ggrunfeld@rbgg.com
                kjanssen@rbgg.com

*motion for admission *pro hac vice* forthcoming

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Z.A., a minor, by and through their parent, A.A.; Z.B., a minor, by and through their parent, B.B.; Z.C., a minor, by and through their parent, C.C.; Z.D., a minor, by and through their parent, D.D.; Z.E., a minor, by and through their parent, E.E.; and F.F.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California nonprofit public benefit corporation,<br><br>　　　　Defendant. | Case No. 5:26-cv-04998<br><br>**DECLARATION OF KARA JANSSEN IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>Trial Date:　　　None Set |

[6008910.2]

Case No. 5:26-cv-04998

## DECLARATION OF KARA J. JANSSEN

I, Kara J. Janssen, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration support of Plaintiffs' Ex Parte Motion for Temporary Restraining Order and Order to Show Cause.

2. On May 27, 2026, Plaintiffs' counsel contacted counsel for Defendant Lucile Salter Packard Children's Hospital at Stanford ("Stanford") to provide notice of Plaintiffs intention to file this Motion for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue.

3. Plaintiffs' counsel informed Defendant's counsel of the nature of the relief sought, the grounds therefore, and the date and time by which Plaintiffs would request the Court to act.

4. Counsel for Stanford have informed counsel for Plaintiffs that Stanford opposes entry of a temporary restraining order or other interim relief without an opportunity to be heard. Notwithstanding this opposition, Plaintiffs respectfully submit that emergency relief is warranted because on information and belief, the return date for the grand jury subpoena is no later than June 10, 2026, and absent immediate relief, Plaintiffs' constitutionally protected identifying information and protected health information will be irreversibly disclosed to the federal government.

5. Upon assignment of this action to a judge of this Court, Plaintiffs' counsel intend to confer with Defendant's counsel about the schedule for this Motion and come to an agreement on a proposed schedule for briefing and hearing of this Motion that would permit the Court to enter the requested relief on or before June 9, 2026 at 5:00 p.m. If the parties are unable to agree on a proposed schedule, or if the Court is unable to hear the matter before that date, Plaintiffs request entry of emergency relief on an ex parte basis no later than that date to prevent irreparable harm arising from disclosure of their

constitutionally protected identifying information and protected health information to the federal government.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 27 day of May, 2026.

/s/ Kara J. Janssen
Kara J. Janssen