SHANNON P. MINTER – 168907
CHRISTOPHER F. STOLL – 179046
AMY WHELAN – 215675
RACHEL BERG (*pro hac vice*)
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st Street #11548
Sacramento, California  95811
Telephone:    (415) 392-6257
Email:        sminter@nclrights.org
              cstoll@nclrights.org
              awhelan@nclrights.org
              rberg@nclrights.org

JOSHUA ROVENGER*
DONOVAN BENDANA*
GLBTQ LEGAL ADVOCATES &
DEFENDERS (GLAD LAW)
18 Tremont Street, Suite 950
Boston, Massachusetts  02108
Telephone:    (617) 426-1350
Email:        jrovenger@gladlaw.org
              dbendana@gladlaw.org

*motion for admission *pro hac vice* forthcoming

Attorneys for Plaintiffs

GAY C. GRUNFELD – 121944
KARA J. JANSSEN – 274762
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:        ggrunfeld@rbgg.com
              kjanssen@rbgg.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Z.A., a minor, by and through their parent, A.A.; Z.B., a minor, by and through their parent, B.B.; Z.C., a minor, by and through their parent, C.C.; Z.D., a minor, by and through their parent, D.D.; Z.E., a minor, by and through their parent, E.E.; and F.F., <br><br> Plaintiffs, <br><br> v. <br><br> LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California nonprofit public benefit corporation, <br><br> Defendant. | Case No. 5:26-cv-04998-PCP <br><br> **JOINT STATEMENT PROPOSING SCHEDULE FOR BRIEFING AND HEARING ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> Judge:   Hon. P. Casey Pitts <br><br> Trial Date:        None Set |

[6010155.1]

Case No. 5:26-cv-04998

Pursuant to the Court's Order dated May 27, 2026 (ECF No. 15), Plaintiffs Z.A., Z.B., Z.C., Z.D., Z.E., and F.F. ("Plaintiffs") and Defendant Lucile Salter Packard Children's Hospital at Stanford ("Defendsant") jointly propose the following briefing and hearing schedule for Plaintiffs' Motion for Temporary Restraining Order (ECF No. 3):

1.    Defendant shall file any opposition to the motion no later than June 3, 2026. at 12:00 p.m. Pacific time.

2.    Plaintiffs shall file any reply in support of the motion no later than June 4, 2026, at 12:00 p.m. Pacific time.

3.    A hearing on the motion will be held on June 5, 2026, at 10:00 a.m. Pacific time, or at such other date and time as the Court may order.

Pursuant to Local Rule 5-1(i)(3) of the Local Rules of the Northern District of California, I attest that the other signatory has concurred in the filing of the document.

DATED:  May 29, 2026                    Respectfully submitted,


                                        By:  /s/ Christopher F. Stoll
                                             Christopher F. Stoll

                                        Attorneys for Plaintiffs


DATED:  May 29, 2026


                                        By:  /s/ Jordan Kearney
                                             Jordan Kearney

                                        Attorneys for Defendant