SHANNON P. MINTER – 168907
CHRISTOPHER F. STOLL – 179046
AMY WHELAN – 215675
RACHEL BERG*
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st Street #11548
Sacramento, California  94102
Telephone:(415) 392-6257
Email:      sminter@nclrights.org
              cstoll@nclrights.org
              awhelan@nclrights.org
              rberg@nclrights.org

ABBE DAVID LOWELL (*pro hac vice*)
CALEB HAYES-DEATS (*pro hac vice*)
SCHUYLER STANDLEY (*pro hac vice*)
Lowell & Associates, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
Facsimile:   (202) 964-6116
Email:
ALowellpublicoutreach@lowellandassociates.com
CHayes-Deats@lowellandassociates.com
SStandley@lowellandassociates.com
Attorneys for Plaintiffs

GAY C. GRUNFELD – 121944
KARA J. JANSSEN – 274762
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
Email:        ggrunfeld@rbgg.com
                kjanssen@rbgg.com

JOSHUA ROVENGER (*pro hac vice*)
DONOVAN BENDANA (*pro hac vice*)
GLBTQ LEGAL ADVOCATES &
DEFENDERS (GLAD LAW)
18 Tremont Street, Suite 950
Boston, Massachusetts  02108
Telephone:(617) 426-1350
Email:      jrovenger@gladlaw.org
              dbendana@gladlaw.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Z.A., a minor, by and through their parent, A.A.; Z.B., a minor, by and through their parent, B.B.; Z.C., a minor, by and through their parent, C.C.; Z.D., a minor, by and through their parent, D.D.; Z.E., a minor, by and through their parent, E.E.; F.F.; and Z.G., a minor, by and through their parents, G.G. and A.G., on behalf of themselves and all those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; and LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California nonprofit public benefit corporation,<br><br>　　　　　Defendants. | Case No. 5:26-cv-04998-PCP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION**<br><br>**PROPOSED CLASS ACTION**<br><br>Assigned to: Hon. P. Casey Pitts<br><br>Trial Date:   None Set |

**[PROPOSED] ORDER**

The Court has considered Plaintiffs' Notice of Motion and Motion for Provisional Class Certification, the accompanying memorandum of points and authorities, the First Amended Complaint, the declarations and exhibits submitted in support of Plaintiffs' motion, the papers filed in support of Plaintiffs' motion for a temporary restraining order and order to show cause, and the record in this action.

Based on that review, the Court finds that Plaintiffs have satisfied the requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(2) for purposes of provisional class certification and preliminary injunctive relief. Specifically, the Court finds that the proposed Class and Subclass are sufficiently numerous that joinder is impracticable; that common questions of law and fact exist; that Plaintiffs' claims are typical of the claims of the Class and Subclass; and that Plaintiffs and their counsel will fairly and adequately protect the interests of the Class and Subclass. The Court further finds that Defendants have acted or refused to act on grounds generally applicable to the Class and Subclass, such that provisional classwide injunctive and declaratory relief is appropriate. In the alternative, the Court finds that provisional certification is also proper under Rule 23(b)(1)(A).

Accordingly, Plaintiffs' Motion for Provisional Class Certification is **GRANTED**.

The Court provisionally certifies the following Class under Federal Rules of Civil Procedure 23(a) and 23(b)(2), and in the alternative Rule 23(b)(1)(A), for purposes of preliminary injunctive relief:

> All individuals who received any medical treatment for gender dysphoria, including any medical, surgical, pharmaceutical, or clinical intervention that is intended or reasonably expected to suppress, alter, or eliminate endogenous pubertal development, or to modify primary or secondary sex characteristics, for the purpose of aligning with or affirming a minor's asserted gender identity rather than the minor's birth sex, while they were under eighteen years of age, from January 1, 2020, through May 5, 2026, at a healthcare institution located in the State of California, including Lucile Salter Packard Children's Hospital at Stanford.

The Court further provisionally certifies the following Subclass under Federal Rules of Civil Procedure 23(a) and 23(b)(2), and in the alternative Rule 23(b)(1)(A), for purposes of preliminary injunctive relief:

All individuals who received any medical treatment for gender dysphoria, including any medical, surgical, pharmaceutical, or clinical intervention that is intended or reasonably expected to suppress, alter, or eliminate endogenous pubertal development, or to modify primary or secondary sex characteristics, for the purpose of aligning with or affirming a minor's asserted gender identity rather than the minor's birth sex, while they were under eighteen years of age, from January 1, 2020, through May 5, 2026, at Lucile Salter Packard Children's Hospital at Stanford.

The Class and Subclass are provisionally certified as to Plaintiffs' claims for preliminary declaratory and injunctive relief barring Defendant Acting Attorney General Todd Blanche and the U.S. Department of Justice from seeking, receiving, using, retaining, disseminating, or otherwise obtaining class members' identifying information and protected health information pursuant to the grand jury subpoenas described in the First Amended Complaint, or any substantially similar subpoena, request, or order.

It is further **ORDERED** that Plaintiffs Z.A., by and through their parent A.A.; Z.B., by and through their parent B.B.; Z.C., by and through their parent C.C.; Z.D., by and through their parent D.D.; Z.E., by and through their parent E.E.; F.F.; and Z.G., by and through their parents G.G. and A.G., are appointed as provisional representatives of the Class and Subclass.

It is further **ORDERED** that Plaintiffs' counsel from the National Center for LGBTQ Rights, GLBTQ Legal Advocates & Defenders, Rosen Bien Galvan & Grunfeld LLP, and Lowell & Associates PLLC are appointed as provisional class counsel for the Class and Subclass under Federal Rule of Civil Procedure 23(g).

This provisional certification is without prejudice to further proceedings regarding final class certification, modification of the Class or Subclass definitions, appointment of additional or different class representatives, or decertification as appropriate based on further development of the record.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
Hon. P. Casey Pitts, U.S. District Judge