SHANNON P. MINTER – 168907
CHRISTOPHER F. STOLL – 179046
AMY WHELAN – 215675
RACHEL BERG*
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st Street #11548
Sacramento, California  94102
Telephone: (415) 392-6257
Email:      sminter@nclrights.org
            cstoll@nclrights.org
            awhelan@nclrights.org
            rberg@nclrights.org

ABBE DAVID LOWELL (*pro hac vice*)
CALEB HAYES-DEATS (*pro hac vice*)
SCHUYLER STANDLEY (*pro hac vice*)
Lowell & Associates, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
Telephone:  (202) 964-6110
Facsimile:   (202) 964-6116
Email:
ALowellpublicoutreach@lowellandassociates.com
CHayes-Deats@lowellandassociates.com
Sstandley@lowerllandassociates.com

Attorneys for Plaintiffs

GAY C. GRUNFELD – 121944
KARA J. JANSSEN – 274762
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:    (415) 433-6830
Facsimile:     (415) 433-7104
Email:        ggrunfeld@rbgg.com
              kjanssen@rbgg.com

JOSHUA ROVENGER (*pro hac vice*)
DONOVAN BENDANA (*pro hac vice*)
GLBTQ LEGAL ADVOCATES &
DEFENDERS (GLAD LAW)
18 Tremont Street, Suite 950
Boston, Massachusetts  02108
Telephone: (617) 426-1350
Email:      jrovenger@gladlaw.org
            dbendana@gladlaw.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Z.A., a minor, by and through their parent, A.A.; Z.B., a minor, by and through their parent, B.B.; Z.C., a minor, by and through their parent, C.C.; Z.D., a minor, by and through their parent, D.D.; Z.E., a minor, by and through their parent, E.E.; F.F.; and Z.G., a minor, by and through their parents, G.G. and A.G., on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; and LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California nonprofit public benefit corporation;, <br><br> Defendants. | Case No. 5:26-cv-04998-PCP <br><br> **DECLARATION OF A.G. IN SUPPORT OF PLAINTIFFS' MOTIONS** |

[6016153.1]

Case No. 5:26-cv-04998

DECLARATION OF A.G. IN SUPPORT OF PLAINTIFFS' MOTIONS

Docusign Envelope ID: D0AB1523-E1DE-8150-8067-8BFB7ECBADFC

I, A.G., declare:

1. I am the parent of a 13-year-old, Z.G., who is transgender. My co-parent is also submitting a declaration in support of this action.

2. Z.G. was born at Stanford Hospital and has continuously received care at Stanford to the present day, including gender-related medical care. The gender-related medical care has benefited my child greatly and I believe it is saving her life.

3. The details of my child's medical care are very private, and her medical records include extremely specific and sensitive information. Trust is important for her ability to receive necessary medical care and this would be impeded if she could not depend on the privacy of her medical records.

4. My understanding is that my child's medical information can only be used to provide appropriate treatment and cannot be disclosed beyond her care team. I never thought that anyone else would have access to that information.

5. I never consented to Stanford disclosing my child's patient-identifying medical records to the government and was never notified by Stanford that the government was seeking these records.

6. The information in these records is none of the government's business, and I cannot think of any good reason for the government to have it. I fear that the government wants to prosecute providers, and possibly even parents, for obtaining care that is in the best interests of transgender children.

7. Disclosure would discourage my family from seeking care for my child in the future. If her medical records are turned over to the government, it would be incredibly difficult to continue obtaining care at Stanford and equally difficult to find providers in the rest of the county who are as competent and whom my child would trust.

8. I believe that removing names or obvious identifiers would not protect my child's privacy. Details such as her age, dates and locations of care, treatment history, therapy notes, providers, diagnosis, and family circumstances would inevitably identify her.

[6016153.1]

1

Case No. 5:26-cv-04998

DECLARATION OF A.G. IN SUPPORT OF PLAINTIFFS' MOTIONS

9. I am concerned about my name or my child's name being publicly linked to this case. I would not participate in this litigation if we could not use pseudonyms, because my number one priority is protecting my child. If our names were public, I believe our safety would be jeopardized.

10. For all these reasons, I strongly object to the disclosure of my child's Stanford medical records to the government. We made these medical decisions with the understanding that my child's medical information would be kept private and confidential.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration is executed at _Palo Alto_____, California this 8th_____ day of June, 2026.

_A.G._____
A.G.