SHANNON P. MINTER – 168907
CHRISTOPHER F. STOLL – 179046
AMY WHELAN – 215675
RACHEL BERG*
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st Street #11548
Sacramento, California 94102
Telephone: (415) 392-6257
Email:      sminter@nclrights.org
            cstoll@nclrights.org
            awhelan@nclrights.org
            rberg@nclrights.org

ABBE DAVID LOWELL*
CALEB HAYES-DEATS*
SCHUYLER STANDLEY*
Lowell & Associates, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
Telephone:  (202) 964-6110
Facsimile:  (202) 964-6116
Email: ALowellpublicoutreach@lowellandassociates.com
       CHayes-Deats@lowellandassociates.com
       Sstandley@lowerllandassociates.com

*admitted *pro hac vice*

Attorneys for Plaintiffs

GAY C. GRUNFELD – 121944
KARA J. JANSSEN – 274762
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email:       ggrunfeld@rbgg.com
             kjanssen@rbgg.com

JOSHUA ROVENGER*
DONOVAN BENDANA*
GLBTQ LEGAL ADVOCATES &
DEFENDERS (GLAD LAW)
18 Tremont Street, Suite 950
Boston, Massachusetts 02108
Telephone: (617) 426-1350
Email:      jrovenger@gladlaw.org
            dbendana@gladlaw.org

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Z.A., a minor, by and through their parent, A.A.; Z.B., a minor, by and through their parent, B.B.; Z.C., a minor, by and through their parent, C.C.; Z.D., a minor, by and through their parent, D.D.; Z.E., a minor, by and through their parent, E.E.; F.F.; and Z.G., a minor, by and through their parents, G.G. and A.G., on behalf of themselves and all those similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; and LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California nonprofit public benefit corporation,<br><br>        Defendants. | Case No. 5:26-cv-04998-PCP<br><br>**DECLARATION OF B.B. IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PROVISIONAL CLASS CERTIFICATION**<br><br>Assigned to: Hon. P. Casey Pitts |

[6008648.4]

Case No. 5:26-cv-4998

DECLARATION OF B.B.

I, B.B., declare as follows:

1. I am the mother of my 17-year-old daughter, Z.B., who is transgender. We are residents of San Francisco County.

2. My child began receiving care at Stanford in approximately 2024, and her care there continued until approximately the summer of 2025. Her care included gender-related medical care. She received puberty blocking injections beginning in approximately 2024. She is now receiving similar gender-related medical care at another large California-based healthcare provider.

3. My child's care at Stanford involved many providers, including an endocrinologist, therapist, mental health provider, nurse practitioners, and other staff.

4. My child's Stanford records contain extremely sensitive and private information. We had very personal conversations with Stanford providers about fertility, sexuality, mental health, depression, the long-term impacts of medical treatment, and other matters that my daughter would not want disclosed to anyone outside of her care team.

5. Privacy was essential to my daughter's ability to process what she was experiencing and to speak candidly with providers. She would not have been willing to speak openly with Stanford providers if she knew that information could be disclosed outside the medical-care setting.

6. I understood that my child's medical information would be shared only with other doctors and providers involved in her care.

7. I never consented to Stanford disclosing my child's patient-identifying medical records to the government.

8. I was not notified by Stanford that the government was seeking patient-identifying medical records.

9. If I had known that my child's records might later be requested by the government, we would have thought much more carefully about what we said and how we shared information with Stanford providers.

10. I am terrified by the possibility that the government could obtain my

daughter's records. I fear those records could be used as a weapon to harass my daughter and our family. Transgender children have already been used as a political weapon by this administration, and the constant barrage of hostility from the government has already caused enough mental health harm.

11. It is terrifying to think that the government could have direct identifying information about my child and our family. I worry about what the government could do with that information and whether it could affect my daughter's future at school, in employment, or in other parts of her life.

12. I am also worried that our family could be falsely accused of child abuse simply for seeking medically necessary care for our child. Even a frivolous investigation or lawsuit would completely disrupt our lives and could affect our jobs and our family's stability.

13. Disclosure would ruin our trust in the medical system. It would make transgender children and their families feel like second-class citizens who are excluded from the privacy, rights, and medical care that everyone else is entitled to.

14. I do not believe removing names or obvious identifiers would protect my child's privacy. When families speak freely with medical providers, they disclose many details that could allow the government to identify a particular child or family.

15. For all these reasons, I strongly object to the disclosure of my child's Stanford medical records to the government. There is no reason for the government to have my daughter's medical records except to harass us.

16. I agreed to be a class representative in this case because I want to fight for the rights of other people who receive gender-related medical care, in addition to my child, to protect their sensitive medical information and their right to continue obtaining care. I have been cooperating fully with my counsel and am responding to all requests for information to the best of my ability and recollection, and will continue to do so in the future. My lawyers keep me updated on the progress of this case, and I will review all materials provided to me and provide my input to the best of my ability. When I have

questions about the case, I will ask the attorneys for help to understand everything to the best of my ability.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration is executed this 8 day of June, 2026.

_B.B._
B.B.