SHANNON P. MINTER – 168907
CHRISTOPHER F. STOLL – 179046
AMY WHELAN – 215675
RACHEL BERG*
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st Street #11548
Sacramento, California  94102
Telephone: (415) 392-6257
Email:      sminter@nclrights.org
               cstoll@nclrights.org
               awhelan@nclrights.org
               rberg@nclrights.org

ABBE DAVID LOWELL (*pro hac vice*)
CALEB HAYES-DEATS (*pro hac vice*)
SCHUYLER STANDLEY (*pro hac vice*)
Lowell & Associates, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
Telephone:   (202) 964-6110
Facsimile:    (202) 964-6116
Email:
ALowellpublicoutreach@lowellandassociates.com
CHayes-Deats@lowellandassociates.com
SStandley@lowellandassociates.com
Attorneys for Plaintiffs

GAY C. GRUNFELD – 121944
KARA J. JANSSEN – 274762
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:    (415) 433-6830
Facsimile:     (415) 433-7104
Email:         ggrunfeld@rbgg.com
                 kjanssen@rbgg.com

JOSHUA ROVENGER (*pro hac vice*)
DONOVAN BENDANA (*pro hac vice*)
GLBTQ LEGAL ADVOCATES &
DEFENDERS (GLAD LAW)
18 Tremont Street, Suite 950
Boston, Massachusetts  02108
Telephone: (617) 426-1350
Email:       jrovenger@gladlaw.org
               dbendana@gladlaw.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Z.A., a minor, by and through their parent, A.A.; Z.B., a minor, by and through their parent, B.B.; Z.C., a minor, by and through their parent, C.C.; Z.D., a minor, by and through their parent, D.D.; Z.E., a minor, by and through their parent, E.E.; F.F.; and Z.G., a minor, by and through their parents, G.G. and A.G., on behalf of themselves and all those similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; and LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California nonprofit public benefit corporation,<br><br>                    Defendants. | Case No. 5:26-cv-04998<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>Assigned to: Hon. P. Casey Pitts |

Case No. 5:26-cv-04998

**[PROPOSED] ORDER**

The Court has considered Plaintiffs' *Ex Parte* Motion for a Temporary Restraining Order and Order to Show Cause, the accompanying memorandum of points and authorities, the First Amended Complaint, the declarations and exhibits submitted in support of Plaintiffs' motion, the papers filed in support of Plaintiffs' motion for provision class certification, and the record in this action.

Based on its review, the Court finds that Plaintiffs have made a sufficient preliminary showing to warrant a temporary restraining order and for Defendants Acting Attorney General Todd Blanche and the U.S. Department of Justice (together, "DOJ") to show cause why the Court should not issue a preliminary injunction.

**ORDER**

**IT IS HEREBY ORDERED** that, for a period of 14 days, DOJ and all persons acting in concert with DOJ or on their behalf are prohibited from requesting, receiving, producing, transmitting, disclosing, or otherwise obtaining any records, documents, or information responsive to specifications 12-14 of the Grand Jury Subpoena issued to Defendant Lucile Salter Packard Children's Hospital at Stanford ("LPCH") or any substantially similar subpoena issued to any California health care provider, or otherwise obtaining Plaintiffs' and the proposed class's identifying information or protected health information in violation of rights secured by the U.S. Constitution.

**IT IS FURTHER ORDERED** that DOJ shall show cause, on or before June __, 2026, why this Court should not issue the preliminary injunction requested by the proposed class upon the expiration of the temporary restraining order. Plaintiffs and the proposed class may file a reply in support of a preliminary injunction and preliminary class certification on or before June __, 2026. The parties shall file appear for a hearing on June __, 2026, at __:__ AM/PM Pacific Time.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
Hon. P. Casey Pitts, U.S. District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR TRO & ORDER TO SHOW CAUSE