AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

<table>
<tr><td>Z.A., et al.<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>LUCILE SALTER PACKARD CHILDREN'S<br>HOSPITAL AT STANFORD, et al.<br><br>_____<br>*Defendant(s)*</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  5:26-cv-04998-PCP</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   TODD BLANCHE, Acting Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C.  20530-001
(Additional Defendants to be served pursuant to Fed. R. Civ. R. 4(i)(2) listed on
Continuation Page)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kara J. Janssen
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, 6th Floor
San Francisco, CA  94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



*Mark B.Busby*

Date:    06/09/2026    _____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:26-cv-04998-PCP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**SUMMONS IN A CIVIL ACTION**
**Z.A., et al. v. Lucile Salter Packard Children's Hospital at Stanford, et al.**
**Case No. 5:26-cv-04998-PCP**


**To:  (Names and addresses of additional defendants and representatives)**
**(continued)**

U.S. DEPARTMENT OF JUSTICE
c/o Todd Blanche, Acting Attorney General of the United States
950 Pennsylvania Ave., N.W.
Washington, D.C.  20530-001
(Served Pursuant to Fed. R. Civ. R. 4(i)(2))

CRAIG H. MISSAKIAN
United States Attorney for the Northern District of California
United States Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
(Served Pursuant to Fed. R. Civ. P. 4(i)(1)(A)(i))

[6015894.1]