SHANNON P. MINTER – 168907
CHRISTOPHER F. STOLL – 179046
AMY WHELAN – 215675
RACHEL BERG*
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st Street #11548
Sacramento, California  94102
Telephone: (415) 392-6257
Email:      sminter@nclrights.org
            cstoll@nclrights.org
            awhelan@nclrights.org
            rberg@nclrights.org

ABBE DAVID LOWELL (*pro hac vice*)
CALEB HAYES-DEATS (*pro hac vice*)
SCHUYLER STANDLEY (*pro hac vice*)
Lowell & Associates, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
Telephone:   (202) 964-6110
Facsimile:   (202) 964-6116
Email:
ALowellpublicoutreach@lowellandassociates.com
CHayes-Deats@lowellandassociates.com
SStandley@lowellandassociates.com

GAY C. GRUNFELD – 121944
KARA J. JANSSEN – 274762
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:        ggrunfeld@rbgg.com
              kjanssen@rbgg.com

JOSHUA ROVENGER (*pro hac vice*)
DONOVAN BENDANA (*pro hac vice*)
GLBTQ LEGAL ADVOCATES &
DEFENDERS (GLAD LAW)
18 Tremont Street, Suite 950
Boston, Massachusetts  02108
Telephone: (617) 426-1350
Email:      jrovenger@gladlaw.org
            dbendana@gladlaw.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Z.A., a minor, by and through their parent, A.A.; Z.B., a minor, by and through their parent, B.B.; Z.C., a minor, by and through their parent, C.C.; Z.D., a minor, by and through their parent, D.D.; Z.E., a minor, by and through their parent, E.E.; F.F.; and Z.G., a minor, by and through their parents, G.G. and A.G., on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; and LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California nonprofit public benefit corporation,<br><br>Defendants. | Case No. 5:26-cv-04998-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER**<br><br>**PROPOSED CLASS ACTION**<br><br>Assigned to:  Hon. P. Casey Pitts<br><br>Trial Date:    None Set |

## JOINT STIPULATION AND [PROPOSED] ORDER

WHEREAS Plaintiffs Z.A., Z.B., Z.C., Z.D., Z.E., F.F., Z.G., G.G., and A.G. (collectively, "Plaintiffs") filed an Amended Complaint against Defendants Acting Attorney General Todd Blanche and the United States Department of Justice, (together, "DOJ"), and Lucile Packard Children's Hospital ("LPCH"), on June 8, 2026, ECF 41; and

WHEREAS Plaintiffs moved for preliminary class certification, a temporary restraining order, and an order to show cause on June 8, 2026, ECF 45 & 46; and

WHEREAS the Court entered an order directing LPCH not to produce specified records and DOJ not to take specified enforcement actions absent further order from the Court, ECF 47; and

WHEREAS the Court held a remote status conference on June 9, 2026, during which it directed the Parties to confer on a briefing schedule for Plaintiffs' motions; and

WHEREAS the Court entered a Minute Entry that set forth deadlines for the Government's response to the motions and Plaintiffs' reply, ECF 51; and

WHEREAS the Parties had begun the process of conferring on a schedule, but jointly misunderstood the Court's Minute Entry to set the schedule for further proceedings; and

WHEREAS the Court again directed the Parties to submit a proposed briefing schedule, ECF 52,

The Parties hereby stipulate and agree as follows:

1. DOJ will file its papers in opposition to Plaintiffs' motions by **June 17, 2026**.

2. Plaintiffs will file their reply papers by **June 22, 2026**.

3. The Court will hold a hearing on the motions on **June __, 2026**, at __:__ AM / PM Pacific Time.

4. Although DOJ objects to the Court's Order of June 8, 2026, ECF 47, it will comply with that Order while it remains in effect.

DATED:  June 12, 2026

Respectfully submitted,

*/s/ Caleb Hayes-Deats*
CALEB HAYES-DEATS (*pro hac vice*)
ABBE DAVID LOWELL (*pro hac vice*)
SCHUYLER STANDLEY (*pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC  20005
Telephone: (202) 964-6110
Fax: (202) 964-6116
CHayes-Deats@lowellandassociates.com
ALowellpublicoutreach@lowellandassociates.com
SStandley@lowellandassociates.com

*for Plaintiffs*

*/s/ Patrick R. Runkle (e-signed with consent)*
PATRICK R. RUNKLE (admission as
government attorney pending)
U.S. DEPARTMENT OF JUSTICE
P.O. Box 386
Washington, D.C. 20044
Telephone: 202-532-4723
Patrick.R.Runkle@usdoj.gov

*For DOJ*

*/s/ David S. Schumacher (e-signed with consent)*
DAVID S. SCHUMACHER
HOOPER, LUNDY & BOOKMAN, P.C.
470 Atlantic Avenue, Suite 1201
Boston, MA 02210
Telephone: 617-532-2704
Fax: 618-345-3927
dschumacher@hooperlundy.com

*for LPCH*

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
Hon. P. Casey Pitts, U.S. District Judge

Case No. 5:26-cv-04998-PCP
JOINT STIPULATION AND [PROPOSED] ORDER