SHANNON P. MINTER – 168907
CHRISTOPHER F. STOLL – 179046
AMY WHELAN – 215675
RACHEL BERG*
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st Street #11548
Sacramento, California  94102
Telephone: (415) 392-6257
Email:      sminter@nclrights.org
            cstoll@nclrights.org
            awhelan@nclrights.org
            rberg@nclrights.org

ABBE DAVID LOWELL (*pro hac vice*)
CALEB HAYES-DEATS (*pro hac vice*)
SCHUYLER STANDLEY (*pro hac vice*)
Lowell & Associates, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
Telephone:   (202) 964-6110
Facsimile:   (202) 964-6116
Email:
ALowellpublicoutreach@lowellandassociates.com
CHayes-Deats@lowellandassociates.com
Sstandley@lowellandassociates.com

Attorneys for Plaintiffs

GAY C. GRUNFELD – 121944
KARA J. JANSSEN – 274762
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email:       ggrunfeld@rbgg.com
             kjanssen@rbgg.com

JOSHUA ROVENGER (*pro hac vice*)
DONOVAN BENDANA (*pro hac vice*)
GLBTQ LEGAL ADVOCATES &
DEFENDERS (GLAD LAW)
18 Tremont Street, Suite 950
Boston, Massachusetts  02108
Telephone: (617) 426-1350
Email:       jrovenger@gladlaw.org
             dbendana@gladlaw.org

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Z.A., a minor, by and through their parent, A.A.; Z.B., a minor, by and through their parent, B.B.; Z.C., a minor, by and through their parent, C.C.; Z.D., a minor, by and through their parent, D.D.; Z.E., a minor, by and through their parent, E.E.; F.F.; and Z.G., a minor, by and through their parents, G.G. and A.G., on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; and LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California nonprofit public benefit corporation, <br><br> Defendant. | Case No. 5:26-cv-04998-PCP <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER AS MODIFIED** <br><br> **PROPOSED CLASS ACTION** <br><br> Assigned to:  Hon. P. Casey Pitts <br><br> Trial Date:    None Set |

Case No. 5:26-cv-04998-PCP

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER**

WHEREAS Plaintiffs Z.A., Z.B., Z.C., Z.D., Z.E., F.F., Z.G., G.G., and A.G. (collectively, "Plaintiffs") filed an Amended Complaint against Defendants Acting Attorney General Todd Blanche and the United States Department of Justice, (together, "DOJ"), and Lucile Packard Children's Hospital ("LPCH"), on June 8, 2026, ECF 41; and

WHEREAS the Court directed the Parties to reach an agreement that would maintain the status quo while the Parties briefed and the Court decided Plaintiffs' pending motions for preliminary class certification and a temporary restraining order,

The Parties hereby stipulate and agree as follows:

1. DOJ agrees not to (a) seek to enforce any pending process seeking material containing the protected health information ("PHI") or patient records of any member of the putative class in this case or (b) otherwise seek, receive, or accept any material containing the PHI of members of the putative class in this case until at, at the earliest, June 26, 2026.

2. Defendants shall file any oppositions to plaintiffs' pending motions to proceed pseudonymously, for provisional class certification, and for a temporary restraining order by no later than June 17, 2026.

3. Plaintiffs shall file any replies by no later than June 22, 2026.

4. The Court shall hear argument on the motions at 2:00pm on June 24, 2026.

DATED:  June 12, 2026

Respectfully submitted,

/s/ Caleb Hayes-Deats
CALEB HAYES-DEATS (*pro hac vice*)
ABBE DAVID LOWELL (*pro hac vice*)
SCHUYLER STANDLEY (*pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC  20005
Telephone: (202) 964-6110
Fax: (202) 964-6116
CHayes-Deats@lowellandassociates.com
ALowellpublicoutreach@lowellandassociates.com
SStandley@lowellandassociates.com

*for Plaintiffs*

/s/ Scott B. Dahlquist (e-signed with consent)
SCOTT B. DAHLQUIST
U.S. DEPARTMENT OF JUSTICE
450 5th Street N.W.
Washington, D.C. 20001
Telephone: 202-598-3915
scott.b.dahlquist@usdoj.gov

*For DOJ*

/s/ Jordan Kearney (e-signed with consent)
JORDAN KEARNEY
HOOPER, LUNDY & BOOKMAN, P.C.
44 Montgomery Street, Suite 3500
San Francisco, CA 94104
Telephone: 415-875-8497
jkearney@hooperlundy.com

*for LPCH*

**IT IS SO ORDERED.**

DATED: _____ June 12 , 2026

_____
Hon. P. Casey Pitts, U.S. District Judge

2                    Case No. 5:26-cv-04998-PCP
JOINT STIPULATION AND [PROPOSED] ORDER