MICHAEL MARTINEZ (CA Bar No. 275581)
mmartinez@democracyforward.org
JOEL McELVAIN (D.C. Bar No. 448431)*
jmcelvain@democracyforward.org
ALETHEA ANNE SWIFT (D.C. Bar No. 1644929)*
aswift@democracyforward.org
PABLO A. MORAGA (D.C. Bar No. 90037895)*
pmoraga@democracyforward.org
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

*motion for admission pro hac vice pending

*Counsel for Amicus Curiae*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Z.A., a minor, by and through their parent, A.A.; Z.B., a minor, by and through their parent, B.B.; Z.C., a minor, by and through their parent, C.C.; Z.D., a minor, by and through their parent, D.D.; Z.E., a minor, by and through their parent, E.E.; and F.F., <br><br> Plaintiffs, <br><br> v. <br><br> TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; and LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California nonprofit public benefit corporation, <br><br> Defendants. | Case No. 5:26-cv-04998 <br><br> [~~PROPOSED~~] **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE AMERICAN ACADEMY OF PEDIATRICS IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** <br><br> Judge:  Hon. P. Casey Pitts <br> Ctrm:  8, 4th Floor <br> Date:  June 24, 2026 <br> Time:  2:00 p.m. |

Upon consideration of the Unopposed Motion for Leave to File Brief of the American Academy of Pediatrics as Amicus Curiae in Support of Plaintiffs' Motion for a Temporary Restraining Order, it is hereby ORDERED that the Motion for Leave be and hereby is GRANTED.

**IT IS SO ORDERED.**

June 16, 2026

Date

Hon. P. Casey Pitts
United States District Court Judge

Case No. 5:26-cv-04998

~~PROPOSED~~ ORDER ON MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF