MICHAEL MARTINEZ (CA Bar No. 275581)
mmartinez@democracyforward.org
JOEL McELVAIN (D.C. Bar No. 448431)*
jmcelvain@democracyforward.org
ALETHEA ANNE SWIFT (D.C. Bar No. 1644929)*
aswift@democracyforward.org
PABLO A. MORAGA (D.C. Bar No. 90037895)*
pmoraga@democracyforward.org
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

*motion for admission pro hac vice pending

*Counsel for Amicus Curiae*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Z.A., a minor, by and through their parent, A.A.; Z.B., a minor, by and through their parent, B.B.; Z.C., a minor, by and through their parent, C.C.; Z.D., a minor, by and through their parent, D.D.; Z.E., a minor, by and through their parent, E.E.; and F.F.,<br><br>          Plaintiffs,<br><br>     v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; and LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California nonprofit public benefit corporation,<br><br>          Defendants. | Case No. 5:26-cv-04998<br><br>~~[PROPOSED]~~ **ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION FOR AMERICAN ACADEMY OF PEDIATRICS TO WAIVE IN-STATE REQUIREMENT FOR SPONSORING COUNSEL**<br><br>Judge:  Hon. P. Casey Pitts<br>Ctrm:  8, 4th Floor<br>Date:  June 24, 2026<br>Time:  2:00 p.m. |

Upon consideration of the unopposed administrative motion by American Academy of Pediatrics to waive in-state requirement for sponsoring counsel, and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

**IT IS SO ORDERED.**

June 16, 2026
_____

Date

_____

Hon. P. Casey Pitts
United States District Court Judge

Case No. 5:26-cv-04998

~~PROPOSED~~ ORDER ON MOTION OF *AMICUS CURIAE* TO WAIVE IN-STATE REQUIREMENT FOR SPONSORING COUNSEL