ALICIA W. MACKLIN (State Bar No. 266325)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 551-8111
Facsimile: (310) 362-8937
E-Mail: amacklin@hooperlundy.com

JORDAN KEARNEY (State Bar No. 305483)
KATRINA PAGONIS (State Bar No. 262890)
**HOOPER, LUNDY & BOOKMAN, P.C.**
44 Montgomery Street, Suite 3500
San Francisco, California 94104
Telephone: (415) 875-8500
Facsimile: (310) 362-8937
E-Mail: jkearney@hooperlundy.com

DAVID S. SCHUMACHER (MA State Bar No. 647917)
(admitted *pro hac vice*)
**HOOPER, LUNDY & BOOKMAN, P.C.**
470 Atlantic Avenue, Suite 1201
Boston, Massachusetts 02210
Telephone: (617) 532-2700
Facsimile: (617) 848-0625
E-Mail: dschumacher@hooperlundy.com

Attorneys for Defendant Lucile Salter Packard Children's Hospital at Stanford

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Z.A., a minor, by and through their parent, A.A.; Z.B., a minor, by and through their parent, B.B.; Z.C., a minor, by and through their parent, C.C.; Z.D., a minor, by and through their parent, D.D.; Z.E., a minor, by and through their parent, E.E.; F.F; and Z.G. a minor, by and through their parents, G.G. and A.G., on behalf of themselves and all those similarly situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE and LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California nonprofit public benefit corporation,<br><br>        Defendants. | Case No. 5:26-cv-04998-PCP<br><br>Hon. P. Casey Pitts<br><br>**RESPONSE TO PLAINTIFFS' MOTION TO PROCEED VIA PSEUDONYM, MOTION FOR PROVISIONAL CLASS CERTIFICATION, AND EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date: June 24, 2026<br>Time: 2:00 p.m.<br>Crtrm: 8 |

Case No. 5:26-cv-04998-PCP

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067
TEL (310) 551-8111 • FAX (310) 551-0304

10448675.1

This case is before the Court on Plaintiffs' administrative motion to proceed via pseudonym (ECF 42), motion for provisional class certification (ECF 45), and ex parte motion for a temporary restraining order ("TRO") (ECF 46) (collectively, "the Motions").[1] Defendant Lucile Salter Packard Children's Hospital at Stanford ("LPCH") respectfully submits this memorandum to make plain that it does not oppose the Motions insofar as Plaintiffs do not seek relief against LPCH therein.

Plaintiffs originally brought suit (ECF 1) against LPCH and moved for a TRO against the same. First Motion for a TRO, ECF 3. LPCH opposed that motion on the grounds that Plaintiffs' constitutional claims were not cognizable against LPCH because it is not a state actor. ECF 31. On June 6, 2026, this Court denied Plaintiffs' motion for preliminary relief, finding that the record did "not support a finding that DOJ's effort to compel the disclosure of plaintiffs' medical records (or its broader attack on gender-affirming care) is fairly attributable to LPCH." ECF 40 at 2. In response, Plaintiffs filed their First Amended Complaint, ECF 41, joining the U.S. Department of Justice ("DOJ") and Acting Attorney General Todd Blanche as defendants.

As to the Motions currently before the Court: Based on the Plaintiffs' filings and their statements made on the record at the Status Conference held before this Court on June 9, 2026, LPCH understands Plaintiffs' motion for a TRO to seek an injunction against DOJ, Acting Attorney General Todd Blanche (together, "DOJ Defendants"), and "all persons acting in concert with DOJ or on their behalf," ECF 46 at 2—not against LPCH. Further, in their motion, Plaintiffs seek emergency relief enjoining the DOJ Defendants from "requesting, receiving, producing, transmitting, disclosing, or otherwise obtaining any records, documents, or information responsive to specifications 12-14 of the Grand Jury Subpoena" or "obtaining Plaintiffs' identifying information or protected health information." *Id.* at 2. As explained in detail in its response to Plaintiffs' First Motion for a TRO, LPCH has endeavored, throughout its negotiations with DOJ, to protect its patients' confidentiality. Accordingly, LPCH does not oppose the Court's maintenance of the status quo. LPCH, however, preserves its defenses against any arguments or claims that it has acted or is acting as a state actor.

---

[1] LPCH does not oppose Plaintiffs' motion to proceed via pseudonym.

RESPONSE TO PLAINTIFFS' MOTION TO PROCEED VIA PSEUDONYM, MOTION FOR PROVISIONAL CLASS CERTIFICATION, AND EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER

Likewise, LPCH interprets Plaintiffs' motion for provisional class certification as seeking "provisional certification of the class and subclass <u>for purposes of preliminary injunctive and declaratory relief</u>." ECF 45-1 at 7 (emphasis added). Given the limited purpose and duration of Plaintiffs' request, LPCH also does not oppose Plaintiffs' motion for provisional class certification. However, LPCH reserves the right to challenge any motion by Plaintiffs to permanently certify the class at a later time—especially if there is any change in the legal or factual circumstances of this case, such as Plaintiffs' further amendment of the complaint to include additional claims or arguments against LPCH.

DATED: June 17, 2026     HOOPER, LUNDY & BOOKMAN, P.C.


By:   s/ Jordan Kearney
     DAVID S. SCHUMACHER
     ALICIA W. MACKLIN
     JORDAN KEARNEY
     KATRINA PAGONIS
Attorneys for Defendant Lucile Salter Packard
Children's Hospital at Stanford

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067
TEL (310) 551-8111 • FAX (310) 551-0304

10448675.1

RESPONSE TO PLAINTIFFS' MOTION TO PROCEED VIA PSEUDONYM, MOTION FOR PROVISIONAL CLASS CERTIFICATION, AND EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER