SHANNON P. MINTER – 168907
CHRISTOPHER F. STOLL – 179046
AMY WHELAN – 215675
RACHEL BERG (*pro hac vice*)
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st Street #11548
Sacramento, California  94102
Telephone: (415) 392-6257
Email:      sminter@nclrights.org
            cstoll@nclrights.org
            awhelan@nclrights.org
            rberg@nclrights.org

ABBE DAVID LOWELL (*pro hac vice*)
CALEB HAYES-DEATS (*pro hac vice*)
SCHUYLER STANDLEY (*pro hac vice*)
Lowell & Associates, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
Telephone:   (202) 964-6110
Facsimile:    (202) 964-6116
Email:
ALowellpublicoutreach@lowellandassociates.com
CHayes-Deats@lowellandassociates.com
Sstandley@lowellandassociates.com

Attorneys for Plaintiffs

GAY C. GRUNFELD – 121944
KARA J. JANSSEN – 274762
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:    (415) 433-6830
Facsimile:     (415) 433-7104
Email:        ggrunfeld@rbgg.com
              kjanssen@rbgg.com

JOSHUA ROVENGER (*pro hac vice*)
DONOVAN BENDANA (*pro hac vice*)
GLBTQ LEGAL ADVOCATES &
DEFENDERS (GLAD LAW)
18 Tremont Street, Suite 950
Boston, Massachusetts  02108
Telephone: (617) 426-1350
Email:      jrovenger@gladlaw.org
            dbendana@gladlaw.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Z.A., a minor, by and through their parent, A.A.; Z.B., a minor, by and through their parent, B.B.; Z.C., a minor, by and through their parent, C.C.; Z.D., a minor, by and through their parent, D.D.; Z.E., a minor, by and through their parent, E.E.; F.F.; and Z.G., a minor, by and through their parents, G.G. and A.G., on behalf of themselves and all those similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; and LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California nonprofit public benefit corporation,<br><br>        Defendant. | Case No. 5:26-cv-04998-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER**<br><br>**PROPOSED CLASS ACTION**<br><br>Assigned to:  Hon. P. Casey Pitts<br><br>Trial Date:    None Set |

**JOINT STIPULATION AND [PROPOSED] ORDER**

WHEREAS Plaintiffs Z.A., Z.B., Z.C., Z.D., Z.E., F.F., Z.G., G.G., and A.G. (collectively, "Plaintiffs") filed an Amended Complaint against Defendants Acting Attorney General Todd Blanche and the United States Department of Justice, (together, "DOJ"), and Lucile Packard Children's Hospital ("LPCH"), on June 8, 2026, ECF 41; and

WHEREAS Plaintiffs moved for preliminary class certification, a temporary restraining order, and an order to show cause on June 8, 2026, ECF 45 & 46; and

WHEREAS the parties previously stipulated that DOJ would not seek, receive, or accept the protected health information ("PHI") of putative class members until June 26, 2026, ECF 60; and

WHEREAS the Court heard oral argument on June 24, 2026, took the motions under submission, and requested that the parties confer about extending their prior stipulation for an additional week while the Court decided the motions, ECF 84,

The Parties hereby stipulate and agree as follows:

1. DOJ agrees not to (a) seek to enforce any pending process seeking material containing the PHI or patient records of any member of the putative class in this case or (b) otherwise seek, receive, or accept any material containing the PHI of members of the putative class in this case until at, at the earliest, July 3, 2026.

Case No. 5:26-cv-04998-PCP

JOINT STIPULATION AND [PROPOSED] ORDER

DATED:  June 25, 2026                           Respectfully submitted,

/s/ Caleb Hayes-Deats                           /s/ John Bailey (e-signed with consent)
CALEB HAYES-DEATS (*pro hac vice*)              JOHN BAILEY
ABBE DAVID LOWELL (*pro hac vice*)              U.S. DEPARTMENT OF JUSTICE
SCHUYLER STANDLEY (*pro hac vice*)              950 Pennsylvania Avenue N.W.
LOWELL & ASSOCIATES, PLLC                       Washington, D.C. 20530
1250 H Street, N.W., Suite 250                  Telephone: 202-514-6993
Washington, DC  20005                           john.bailey@usdoj.gov
Telephone: (202) 964-6110
Fax: (202) 964-6116                             *For DOJ*
CHayes-Deats@lowellandassociates.com
ALowellpublicoutreach@lowellandassociates.com
SStandley@lowellandassociates.com

*for Plaintiffs*


                                                /s/ Jordan Kearney (e-signed with consent)
                                                JORDAN KEARNEY
                                                HOOPER, LUNDY & BOOKMAN, P.C.
                                                44 Montgomery Street, Suite 3500
                                                San Francisco, CA 94104
                                                Telephone: 415-875-8497
                                                jkearney@hooperlundy.com

                                                *for LPCH*



        **IT IS SO ORDERED.**

 DATED: _____, 2026

                                                _____
                                                Hon. P. Casey Pitts, U.S. District Judge