BRETT A. SHUMATE
ASSISTANT ATTORNEY GENERAL
JORDAN CAMPBELL
DEPUTY ASSISTANT ATTORNEY GENERAL
SARAH WELCH
SENIOR COUNSEL TO THE ASSISTANT
ATTORNEY GENERAL
JOHN BAILEY
BRANTLEY MAYERS
COUNSEL TO THE ASSISTANT ATTORNEY
GENERAL
LISA K. HSIAO
ACTING DIRECTOR

LUKE MILLER
EUGENE O'HALLORAN
SHIMENG ZHANG
Trial Attorneys

U.S. Department of Justice
Civil Division
950 Constitution Ave. NW
Washington, D.C. 20005
Telephone: (202) 514-3180
E-mail: Sarah.E.Welch@usdoj.gov

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.A., a minor, by and through their parent, A.A., et al.<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, et al.,<br><br>Defendants, | Case No. 5:26-cv-04998-PCP<br><br>**DEFENDANTS' NOTICE OF APPEAL**<br><br>HON. P. CASEY PITTS<br>UNITED STATES DISTRICT JUDGE |

**PLEASE TAKE NOTICE** that Todd Blanche and the Department of Justice hereby appeal to the United States Court of Appeals for the Ninth Circuit from the district court's order granting the motion for preliminary injunction, Dkt. 93.

RESPECTFULLY SUBMITTED, this 9th day of July, 2026.

BRETT A. SHUMATE
Assistant Attorney General

NOTICE OF APPEAL – p. 1
5:26-cv-04998-PCP

United States Department of Justice
Enforcement & Affirmative Litigation
Branch
P.O. Box 386
Washington, DC 20044

JORDAN CAMPBELL
Deputy Assistant Attorney General

*/s/ Sarah Welch*
SARAH WELCH
Senior Counsel to the Assistant Attorney General
950 Pennsylvania Ave. NW Washington, DC 20530
202-514-3180
sarah.e.welch@usdoj.gov

JOHN BAILEY
BRANTLEY MAYERS
Counsel to the Assistant Attorney General

LISA K. HSIAO
Acting Director

LUKE MILLER
EUGENE O'HALLORAN
SHIMENG ZHANG
Trial Attorneys

U.S. Department of Justice
Civil Division

Attorneys for Federal Defendants

NOTICE OF APPEAL – p. 2
5:26-cv-04998-PCP

United States Department of Justice
Enforcement & Affirmative Litigation
Branch
P.O. Box 386
Washington, DC 20044

# CERTIFICATE OF SERVICE

I certify that, on July 9, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States District Court for the Northern District of California on the following:

SHANNON P. MINTER
CHRISTOPHER F. STOLL
AMY WHELAN
RACHEL BERG
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st Street #11548
Sacramento, California 94102
Telephone: (415) 392-6257
Email:
sminter@nclrights.org
cstoll@nclrights.org
awhelan@nclrights.org
rberg@nclrights.org

GAY C. GRUNFELD
KARA J. JANSSEN
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:
ggrunfeld@rbgg.com
kjanssen@rbgg.com

Jordan Richea Clark Kearney
Hooper, Lundy & Bookman, P.C.
44 Montgomery Street
Suite 3500
San Francisco, CA 94104
415-875-8497
Email: jkearney@hooperlundy.com

CALEB HAYES-DEATS
ABBE DAVID LOWELL
SCHUYLER STANDLEY
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
Facsimile: (202) 964-6116
Email:
CHayes-Deats@lowellandassociates.com
ALowellpublicoutreach@lowellandassociates.com
SStandley@lowellandassociates.com

JOSHUA ROVENGER
DONOVAN BENDANA
GLBTQ LEGAL ADVOCATES & DEFENDERS (GLAD LAW)
18 Tremont Street, Suite 950
Boston, Massachusetts 02108
Telephone: (617) 426-1350
 Email:
jrovenger@gladlaw.org
dbendana@gladlaw.org

Alicia Warren Macklin
Hooper, Lundy & Bookman, P.C.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067
310-551-8161
Email: amacklin@hooperlundy.com

David S. Schumacher
Hooper, Lundy & Bookman, P.C.
470 Atlantic Avenue
Suite 1201
Boston, MA 02210
617-532-2704

NOTICE OF APPEAL – p. 3
5:26-cv-04998-PCP

United States Department of Justice
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044

Katrina Angela Pagonis
Hooper Lundy & Bookman
44 Montgomery Street
Suite 3500
San Francisco, CA 94104
415-875-8515
Fax: 415-986-2157
Email: kpagonis@hooperlundy.com

Fax: 618-345-3927
Email: dschumacher@hooperlundy.com

Dated this 9th day of July, 2026.


/s/ Sarah Welch
Sarah Welch

NOTICE OF APPEAL – p. 4
5:26-cv-04998-PCP

United States Department of Justice
Enforcement & Affirmative Litigation
Branch
P.O. Box 386
Washington, DC 20044