BRETT A. SHUMATE
Assistant Attorney General
JORDAN CAMPBELL
Deputy Assistant Attorney General
LISA K. HSIAO
Acting Director
SARAH WELCH
Senior Counsel to the Assistant Attorney General
JOHN BAILEY
BRANTLEY MAYERS
Counsel to the Assistant Attorney General
LISA K. HSIAO
Acting Director
SHIMENG ZHANG

LUKE MILLER
EUGENE O'HALLORAN
Trial Attorneys

U.S. Department of Justice
Civil Division
 950 Constitution Ave. NW
 Washington, D.C. 20005
 Telephone: (202) 514-6993
 E-mail: John.Bailey@usdoj.gov

Attorneys for Federal Defendants

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.A., a minor, by and through their parent, A.A., et al.<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, et al.,<br><br>Defendants, | No. 5:26-cv-04998-PCP<br><br>**FEDERAL DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL**<br><br>Hearing Date:    August 20, 2026<br>Hearing Time:    2:00 p.m.<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT<br><br>Hon. P. Casey Pitts<br>United States District Judge |

## **FEDERAL DEFENDANTS' NOTICE OF MOTION**

PLEASE TAKE NOTICE that, at a time the Court deems proper, or as soon thereafter as the parties may be heard, Federal Defendants will and hereby do move on an expedited basis for a stay of this Court's Order Granting Plaintiffs' Motion for Preliminary Injunction, ECF No. 93, pending Federal Defendants' appeal of that order to the U.S. Court of Appeals for the Ninth Circuit. Defendants also request that the Court enter an expedited briefing schedule on this Motion. This Motion is based on the attached memorandum of points and authorities, all pleadings, papers, and files in this action, and on any arguments that may be presented orally at a hearing on this Motion. Federal Defendants' counsel conferred with counsel for Plaintiffs and LPCH on July 10, 2026, regarding this Motion. Plaintiffs and LPCH oppose this Motion and request for an expedited briefing schedule.

Dated:  July 14, 2026                                  Respectfully submitted,


                                                       BRETT A. SHUMATE
                                                       Assistant Attorney General

                                                       JORDAN CAMPBELL
                                                       Deputy Assistant Attorney General

                                                       SARAH WELCH
                                                       Senior Counsel to the Assistant Attorney General

                                                       JOHN BAILEY
                                                          /s/ *John Bailey*
                                                       _____
                                                       BRANLEY MAYERS
                                                       Counsel to the Assistant Attorney General

                                                       LISA K. HSIAO
                                                       Acting Director
                                                       SHIMENG ZHANG
                                                       LUKE MILLER
                                                       EUGENE O'HALLORAN
                                                       Trial Attorneys

                                                       U.S. Department of Justice
                                                       Civil Division

                                                       Attorneys for Federal Defendants