BRETT A. SHUMATE
Assistant Attorney General
JORDAN CAMPBELL
Deputy Assistant Attorney General
LISA K. HSIAO
Acting Director
SARAH WELCH
Senior Counsel to the Assistant Attorney General
JOHN BAILEY
BRANTLEY MAYERS
Counsel to the Assistant Attorney General
LISA K. HSIAO
Acting Director
SHIMENG ZHANG

LUKE MILLER
EUGENE O'HALLORAN
Trial Attorneys

U.S. Department of Justice
Civil Division
 950 Constitution Ave. NW
 Washington, D.C. 20005
 Telephone: (202) 514-6993
 E-mail: John.Bailey@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.A., a minor, by and through their parent, A.A., et al.<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, et al.,<br><br>Defendants, | No. 5:26-cv-04998-PCP<br><br>**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL**<br><br>Hon. P. Casey Pitts<br>United States District Judge |

**[PROPOSED] ORDER**

Upon consideration of Federal Defendants' Motion for Stay Pending Appeal, it is hereby ORDERED that Federal Defendants' Motion is GRANTED.


DATED:_____                    _____

Hon. P. Casey Pitts
United States District Judge

1