BRETT A. SHUMATE
Assistant Attorney General
JORDAN CAMPBELL
Deputy Assistant Attorney General
LISA K. HSIAO
Acting Director
SARAH WELCH
Senior Counsel to the Assistant Attorney General
JOHN BAILEY
BRANTLEY MAYERS
Counsel to the Assistant Attorney General
LISA K. HSIAO
Acting Director
SHIMENG ZHANG

LUKE MILLER
EUGENE O'HALLORAN
Trial Attorneys

U.S. Department of Justice
Civil Division
 950 Constitution Ave. NW
 Washington, D.C. 20005
 Telephone: (202) 514-6993
 E-mail: John.Bailey@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.A., a minor, by and through their parent, A.A., et al.<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, et al.,<br><br>Defendants, | No. 5:26-cv-04998-PCP<br><br>**FEDERAL DEFENDANTS' MOTION FOR EXPEDITED BRIEFING SCHEDULE AND DECISION ON THEIR MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL**<br><br>Hon. P. Casey Pitts<br>United States District Judge |

**FEDERAL DEFENDANTS' MOTION FOR EXPEDITED BRIEFING SCHEDULE**

Pursuant to Civil Local Rule 6-3, Federal Defendants hereby move this Court for an order shortening the time for Plaintiffs and LPCH to respond to Federal Defendants' Motion to Stay Preliminary Injunction Pending Appeal (Motion).

As explained in more detail in the Motion, a shortened briefing schedule is necessary because the Court's preliminary injunction order, ECF No. 93, is causing irreparable harm to the government and to the public. Federal Defendants therefore respectfully request that, in light of those burdens, the Court direct that any response to the Motion be filed by July 21, 2026, with any reply due by July 24, 2026. Federal Defendants intend to seek emergency relief from the U.S. Court of Appeals for the Ninth Circuit promptly if this Court does not stay the injunction.

Defendants' counsel met and conferred with counsel for Plaintiffs and LPCH by email on July 10, 2026, regarding this motion.  Plaintiffs and LPCH oppose this motion for expedited briefing.

1

Dated:  July 14, 2026                Respectfully submitted,


                                     BRETT A. SHUMATE
                                     Assistant Attorney General

                                     JORDAN CAMPBELL
                                     Deputy Assistant Attorney General

                                     SARAH WELCH
                                     Senior Counsel to the Assistant Attorney General

                                     JOHN BAILEY
                                         /s/ John Bailey
                                     _____
                                     BRANLEY MAYERS
                                     Counsel to the Assistant Attorney General

                                     LISA K. HSIAO
                                     Acting Director
                                     SHIMENG ZHANG
                                     LUKE MILLER
                                     EUGENE O'HALLORAN
                                     Trial Attorneys

                                     U.S. Department of Justice
                                     Civil Division

                                     Attorneys for Federal Defendants

2