BRETT A. SHUMATE
Assistant Attorney General
JORDAN CAMPBELL
Deputy Assistant Attorney General
LISA K. HSIAO
Acting Director
SARAH WELCH
Senior Counsel to the Assistant Attorney General
JOHN BAILEY
BRANTLEY MAYERS
Counsel to the Assistant Attorney General
LISA K. HSIAO
Acting Director
SHIMENG ZHANG

LUKE MILLER
EUGENE O'HALLORAN
Trial Attorneys

U.S. Department of Justice
Civil Division
 950 Constitution Ave. NW
 Washington, D.C. 20005
 Telephone: (202) 514-6993
 E-mail: John.Bailey@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.A., a minor, by and through their parent, A.A., et al.<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, et al.,<br><br>Defendants, | No. 5:26-cv-04998-PCP<br><br>**DECLARATION OF JOHN BAILEY IN SUPPORT OF FEDERAL DEFENDANTS' MOTION FOR AN EXPEDITED BRIEFING SCHEUDLE ON THEIR MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL**<br><br>Hon. P. Casey Pitts<br>United States District Judge |

**DECLARATION OF JOHN BAILEY**

I, John Bailey, declare as follows:

1.      I serve as Counsel to the Assistant Attorney General of the U.S. Department of Justice, Civil Division. I am an attorney for the Federal Defendants in their official capacities in the case captioned *Z.A. v. Lucile Salter Packard Children's Hospital at Stanford*, No. 26-cv-4998, which is currently pending in the U.S. District Court for the Northern District of California. I submit this declaration pursuant to Civil Local Rule 6-3(a) in support of Federal Defendants' Motion for an Expedited Briefing Schedule on their Motion to Stay Preliminary Injunction Pending Appeal. These statements are based upon my personal knowledge.

2.      On July 2, 2026, the Court issued an Order granting Plaintiffs' Motion for Preliminary Injunction. Order, ECF No. 93.

3.      On July 9, 2026, Federal Defendants timely filed a notice of appeal of the Court's Order. *See* ECF No. 94.

4.      On July 10, 2026, counsel for Federal Defendants sent an email to counsel for Plaintiffs' and LPCH, informing them of Federal Defendants' intent to seek a stay of the Order pending appeal. Counsel for Federal Defendants also asked Plaintiffs and LPCH for their positions on an expedited briefing schedule on the motion to stay pending appeal.  Counsel for Plaintiffs' and LPCH stated that they oppose expedited briefing.

5.      Good cause exists for the requested relief.  As explained in more detail in the government's motion, *see* ECF No. 97, a shortened briefing schedule is necessary because the Court's preliminary injunction Order is causing irreparable harm to the government and to the public.  Federal Defendants therefore respectfully request that, in light of those burdens, the Court direct that any response to the Motion be filed by July 21, 2026, with any reply due by July 24, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on July 14, 2026, in Washington, D.C.

 /s/ John Bailey _____
JOHN BAILEY
Counsel to the Assistant Attorney General

1