SHANNON P. MINTER – 168907
CHRISTOPHER F. STOLL – 179046
AMY WHELAN – 215675
RACHEL BERG*
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st Street #11548
Sacramento, California  94102
Telephone: (415) 392-6257
Email:      sminter@nclrights.org
                 cstoll@nclrights.org
                 awhelan@nclrights.org
                 rberg@nclrights.org

ABBE DAVID LOWELL (*pro hac vice*)
CALEB HAYES-DEATS (*pro hac vice*)
SCHUYLER STANDLEY (*pro hac vice*)
Lowell & Associates, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
Telephone:   (202) 964-6110
Facsimile:    (202) 964-6116
Email:
ALowellpublicoutreach@lowellandassociates.com
CHayes-Deats@lowellandassociates.com
SStandley@lowellandassociates.com

Attorneys for Plaintiffs

GAY C. GRUNFELD – 121944
KARA J. JANSSEN – 274762
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:      (415) 433-6830
Facsimile:       (415) 433-7104
Email:            ggrunfeld@rbgg.com
                       kjanssen@rbgg.com

JOSHUA ROVENGER (*pro hac vice*)
DONOVAN BENDANA (*pro hac vice*)
GLBTQ LEGAL ADVOCATES &
DEFENDERS (GLAD LAW)
18 Tremont Street, Suite 950
Boston, Massachusetts  02108
Telephone: (617) 426-1350
Email:       jrovenger@gladlaw.org
                  dbendana@gladlaw.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Z.A., a minor, by and through their parent, A.A., *et al*,<br><br>        Plaintiffs,<br><br>     v.<br><br>TODD BLANCHE, *et al*,<br><br>        Defendants. | Case No. 5:26-cv-04998-PCP<br><br>**DECLARATION OF CALEB HAYES-DEATS IN OPPOSITION TO FEDERAL DEFENDANTS' MOTION FOR EXPEDITED BRIEFING SCHEDULE AND DECISION ON THEIR MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL** |

Case No. 5:26-cv-4998

DECLARATION OF CALEB HAYES-DEATS

I, Caleb Hayes-Deats, declare under 28 U.S.C. § 1746 as follows:

1.     I am an attorney licensed to practice law in the State of New York and the District of Columbia.  I have been admitted in this Court *pro hac vice* to serve as co-counsel for Plaintiffs in this case.  ECF 34.  I have personal knowledge of the facts contained in this declaration and, if called as a witness, am competent to testify to those facts.

2.     I submit this declaration in opposition to the Motion of Defendants the U.S. Department of Justice and Acting Attorney General Todd Blanche (together, "DOJ") for an Expedited Briefing Schedule and Decision on Their Motion to Stay Preliminary Injunction Pending Appeal.

3.     On July 10, 2026, I received an email from counsel for DOJ requesting Plaintiffs' position on DOJ's anticipated motion for a stay pending appeal and request for an expedited briefing schedule.  On July 13, 2026, Plaintiffs informed DOJ that they would oppose a stay and an expedited briefing schedule, but stated that they had no opposition to DOJ filing its reply brief on an expedited basis.

4.     On July 14, 2026, DOJ filed a motion to stay the Court's preliminary injunction pending appeal, ECF 97, and corresponding motion to expedite the briefing schedule on this motion, ECF 98.

5.     Plaintiffs plan to oppose DOJ's motion for a stay pending appeal.  The motion raises important questions of constitutional law, criminal procedure, and federal court jurisdiction, which Plaintiffs' counsel must continue to research and evaluate in connection with the opposition.  Plaintiffs' counsel require more than seven days to do so, as demonstrated by the fact that DOJ took twelve days to file its motion.

6.     Additionally, Plaintiffs' counsel have intervening obligations in other matters.  On July 15, 2026, undersigned counsel traveled to New York, N.Y., to argue a motion in the U.S. District Court for the Southern District of New York.  Another member of the counsel team is representing a witness today in testimony before the U.S. House of Representatives.

7.     The stakes of the Court's decision on DOJ's motion to stay are extremely high.  If this Court grants DOJ's motion for a stay, Plaintiffs and provisional class members risk disclosure

1

Case No. 5:26-cv-4998

DECLARATION OF CALEB HAYES-DEATS

of their protected health information to DOJ before the Ninth Circuit rules on DOJ's appeal.  Such a disclosure would irreparably harm Plaintiffs and provisional class members and could prevent them from obtaining complete relief even if they prevail in DOJ's appeal.  Information about provisional class members' transgender status and medical conditions would be revealed to DOJ and could not be made confidential again.

I declare under 28 U.S.C. § 1746 and under the penalty of perjury, that the foregoing statements in this affidavit are true and correct.

Executed: July 16, 2026.


*/s/ Caleb Hayes-Deats*
Caleb Hayes-Deats