ALICIA W. MACKLIN (State Bar No. 266325)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone:    (310) 551-8111
E-Mail:        amacklin@hooperlundy.com

JORDAN KEARNEY (State Bar No. 305483)
KATRINA A. PAGONIS (State Bar No. 262890)
**HOOPER, LUNDY & BOOKMAN, P.C.**
44 Montgomery Street, Suite 3500
San Francisco, California 94104
Telephone:    (415) 875-8500
E-Mail:        jkearney@hooperlundy.com
               kpagonis@hooperlundy.com

DAVID S. SCHUMACHER (MA State Bar No. 647917)
(admitted *pro hac vice*)
**HOOPER, LUNDY & BOOKMAN, P.C.**
470 Atlantic Avenue, Suite 1201
Boston, Massachusetts 02210
Telephone:    (617) 532-2700
E-Mail:        dschumacher@hooperlundy.com

Attorneys for Defendant Lucile Salter Packard
Children's Hospital at Stanford

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Z.A., a minor, by and through their parent, A.A.; Z.B., a minor, by and through their parent, B.B.; Z.C., a minor, by and through their parent, C.C.; Z.D., a minor, by and through their parent, D.D.; Z.E., a minor, by and through their parent, E.E.; and F.F.; and Z.G., a minor, by and through their parents, G.G. and A.G., on behalf of themselves and all those similarly situated,<br><br>       Plaintiffs,<br><br>   vs.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; and LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California nonprofit public benefit corporation,<br><br>       Defendants. | Case No. 5:26-cv-04998-PCP<br><br>Hon. P. Casey Pitts<br><br>**JOINT STIPULATION TO EXTEND LPCH'S TIME TO RESPOND TO THE AMENDED COMPLAINT** |

Case No. 5:26-cv-04998-PCP

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067
TEL  (310) 551-8111 • FAX (310) 551-0304

10465406.2

**JOINT STIPULATION**

WHEREAS Plaintiffs F.F., Z.D., Z.A., Z.C., Z.B., and Z.E. filed a Complaint against Defendant Lucile Packard Children's Hospital at Stanford ("LPCH") on May 27, 2026, ECF 1; and

WHEREAS LPCH agreed to waive service of a summons in this action, causing its response to the Complaint to be due on or before July 31, 2026, ECF 32; and

WHEREAS Plaintiffs Z.A., Z.B., Z.C., Z.D., Z.E., F.F., Z.G., G.G., and A.G. (collectively "Plaintiffs") filed an Amended Complaint against Defendants Acting Attorney General Todd Blanche and the United States Department of Justice (together "Federal Defendants") and LPCH on June 8, 2026, ECF 41 ("First Amended Complaint"); and

WHEREAS Federal Rule of Civil Procedure 15 requires any response to an amended pleading be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later; and

WHEREAS Local Civil Rule 6-1(a) permits parties to stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint; and

WHEREAS the Federal Defendants and Plaintiffs agreed to LPCH's request for a 30-day extension for its response to the First Amended Complaint; and

WHEREAS the Court need not issue an order on the stipulated enlargement because the enlargement will not alter the date of any event or any deadline already fixed by Court order, Local Civil Rule 6-1(a);

The Parties hereby stipulate and agree that LPCH will file its answer or otherwise respond to Plaintiffs' First Amended Complaint on or before **August 31, 2026.**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067
TEL (310) 551-8111 • FAX (310) 551-0304

DATED:  July 20, 2026          HOOPER, LUNDY & BOOKMAN, P.C.


By:          *s/ Jordan Kearney*
                    DAVID S. SCHUMACHER
                    ALICIA W. MACKLIN
                    JORDAN KEARNEY
                    KATRINA A. PAGONIS
Attorneys for Defendant Lucile Salter Packard
Children's Hospital at Stanford


DATED:  July 20, 2026          LOWELL & ASSOCIATES, PLLC


By:          *s/ Caleb Hayes-Deats**
                    CALEB HAYES-DEATS
                    ABBE DAVID LOWELL
                    SCHUYLER STANDLEY
Attorneys for Plaintiffs


DATED:  July 20, 2026          U.S. DEPARTMENT OF JUSTICE


By:          *s/ Scott B. Dahlquist**
                    SCOTT B. DAHLQUIST
Attorneys for DOJ


* I attest that counsel for Plaintiffs and DOJ concur in the filing of the within Stipulation and have authorized its filing.


By:          *s/ Jordan Kearney*
                    JORDAN KEARNEY

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067
TEL  (310) 551-8111 • FAX (310) 551-0304

10465406.2