BRETT A. SHUMATE
Assistant Attorney General
JORDAN CAMPBELL
Deputy Assistant Attorney General
LISA K. HSIAO
Acting Director
SARAH WELCH
Senior Counsel to the Assistant Attorney General
JOHN BAILEY
BRANTLEY MAYERS
Counsel to the Assistant Attorney General
LISA K. HSIAO
Acting Director
SHIMENG ZHANG

LUKE MILLER
EUGENE O'HALLORAN
Trial Attorneys

U.S. Department of Justice
Civil Division
 950 Constitution Ave. NW
 Washington, D.C. 20005
 Telephone: (202) 514-6993
 E-mail: John.Bailey@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.A., a minor, by and through their parent, A.A., et al.<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, et al.,<br><br>Defendants, | No. 5:26-cv-04998-PCP<br><br>Hon. P. Casey Pitts<br>United States District Judge |

**FEDERAL DEFENDANTS' NOTICE OF WAIVER OF REPLY AND REQUEST FOR PROMPT RULING**

Federal Defendants respectfully notify the Court that, in the interest of facilitating an expeditious ruling on their Motion for a Stay Pending Appeal, ECF No. 97, Federal Defendants waive any reply in support of their Motion.  The Motion is therefore ripe for decision.

Because the preliminary injunction order continues to inflict irreparable harm on the government and the public, Federal Defendants respectfully request the Court rule on the stay motion by July 31, 2026.  If the Court denies the motion or has not ruled by that date, Federal Defendants intend to seek further relief from the Court of Appeals, if necessary, no later than August 3, 2026.

Dated:  July 29, 2026                              Respectfully submitted,


BRETT A. SHUMATE
Assistant Attorney General

JORDAN CAMPBELL
Deputy Assistant Attorney General

SARAH WELCH
Senior Counsel to the Assistant Attorney General

JOHN BAILEY
    /s/ *John Bailey*

BRANTLEY MAYERS
Counsel to the Assistant Attorney General

LISA K. HSIAO
Acting Director
SHIMENG ZHANG
LUKE MILLER
EUGENE O'HALLORAN
Trial Attorneys

U.S. Department of Justice
Civil Division

Attorneys for Federal Defendants

1