BRETT A. SHUMATE
Assistant Attorney General
JORDAN CAMPBELL
Deputy Assistant Attorney General
SARAH WELCH
Senior Counsel to the Assistant Attorney
General
JOHN BAILEY
BRANTLEY MAYERS
Counsel to the Assistant Attorney General
LISA K. HSIAO
Acting Director

SHIMENG ZHANG
LUKE MILLER
EUGENE O'HALLORAN
Trial Attorneys

U.S. Department of Justice
Civil Division
950 Constitution Ave. NW
Washington, D.C. 20005
Telephone: (202) 514-6993
E-mail: John.Bailey@usdoj.gov

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Z.A., a minor, by and through their parent, A.A.; Z.B., a minor, by and through their parent, B.B.; Z.C., a minor, by and through their parent, C.C.; Z.D., a minor, by and through their parent, D.D.; Z.E., a minor, by and through their parent, E.E.; and F.F.; and Z.G., a minor, by and through their parents, G.G. and A.G., on behalf of themselves and all those similarly situated,

                    Plaintiffs,

                    vs.

TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; and LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California nonprofit public benefit corporation,

                    Defendants.

Case No. 5:26-cv-04998-PCP

Hon. P. Casey Pitts

**JOINT STIPULATION TO EXTEND FEDERAL DEFENDANTS' TIME TO RESPOND TO THE AMENDED COMPLAINT**

## JOINT STIPULATION

WHEREAS Plaintiffs F.F., Z.C., Z.B., Z.A., Z.D., Z.E., Z.G. (collectively "Plaintiffs") filed a First Amended Complaint against Defendants Acting Attorney General Todd Blanche and the United States Department of Justice (together "Federal Defendants") and Defendant Lucile Packard Children's Hospital at Stanford ("LPCH") on June 8, 2026, Dkt. 41 ("First Amended Complaint"); and

WHEREAS Federal Defendants have been served on June 9, 2026, causing its response to the First Amended Complaint to be due on or before August 10, 2026, Dkt. 96; and

WHEREAS Local Civil Rule 6-1(a) permits parties to stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint; and

WHEREAS the LPCH and Plaintiffs agreed to Federal Defendants' request for a 21-day extension for its response to the First Amended Complaint; and

WHEREAS the Court need not issue an order on the stipulated enlargement because the enlargement will not alter the date of any event or any deadline already fixed by Court order, Local Civil Rule 6-1(a);

The Parties hereby stipulate and agree as follows:

1. Federal Defendants shall now answer or otherwise respond to Plaintiffs' First Amended Complaint on or before **August 31, 2026.**

1

DATED:  August 4, 2026          HOOPER, LUNDY & BOOKMAN, P.C.

By:        */s/ Alicia W. Macklin\**
　　　　　　　DAVID S. SCHUMACHER
　　　　　　　ALICIA W. MACKLIN
　　　　　　　JORDAN KEARNEY
　　　　　　　KATRINA A. PAGONIS
Attorneys for LPCH

DATED:  August 4, 2026          LOWELL & ASSOCIATES, PLLC

By:        */s/ Caleb Hayes-Deats\**
　　　　　　　CALEB HAYES-DEATS
　　　　　　　ABBE DAVID LOWELL
　　　　　　　SCHUYLER STANDLEY
Attorneys for Plaintiffs

DATED:  August 4, 2026          U.S. DEPARTMENT OF JUSTICE

By:        */s/ John Bailey*
　　　　　　　JOHN BAILEY
Attorneys for Federal Defendants

\* I attest that counsel for Plaintiffs and LPCH concur in the filing of this Stipulation and have authorized its filing.

By:        */s/ John Bailey*
　　　　　　　JOHN BAILEY

2