ALICIA W. MACKLIN (State Bar No. 266325)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 551-8111
E-Mail: amacklin@hooperlundy.com

JORDAN KEARNEY (State Bar No. 305483)
KATRINA A. PAGONIS (State Bar No. 262890)
**HOOPER, LUNDY & BOOKMAN, P.C.**
44 Montgomery Street, Suite 3500
San Francisco, California 94104
Telephone: (415) 875-8500
E-Mail: jkearney@hooperlundy.com
kpagonis@hooperlundy.com

DAVID S. SCHUMACHER (MA State Bar No. 647917)
(admitted *pro hac vice*)
**HOOPER, LUNDY & BOOKMAN, P.C.**
470 Atlantic Avenue, Suite 1201
Boston, Massachusetts 02210
Telephone: (617) 532-2700
E-Mail: dschumacher@hooperlundy.com

Attorneys for Defendant Lucile Salter Packard Children's Hospital at Stanford

**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067
TEL (310) 551-8111 • FAX (310) 551-0304

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

Z.A., a minor, by and through their parent, A.A.; Z.B., a minor, by and through their parent, B.B.; Z.C., a minor, by and through their parent, C.C.; Z.D., a minor, by and through their parent, D.D.; Z.E., a minor, by and through their parent, E.E.; and F.F.; and Z.G., a minor, by and through their parents, G.G. and A.G., on behalf of themselves and all those similarly situated,

Plaintiffs,

vs.

TODD BLANCHE, in his official capacity as Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; and LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California nonprofit public benefit corporation,

Defendants.

Case No. 5:26-cv-04998-PCP

Hon. P. Casey Pitts

**JOINT STIPULATION TO EXTEND LPCH'S TIME TO RESPOND TO THE AMENDED COMPLAINT**

**JOINT STIPULATION**

WHEREAS Plaintiffs F.F., Z.D., Z.A., Z.C., Z.B., and Z.E. filed a Complaint against Defendant Lucile Packard Children's Hospital at Stanford ("LPCH") on May 27, 2026, Dkt. No. 1; and

WHEREAS LPCH agreed to waive service of a summons in this action, causing its response to the Complaint to be due on or before July 31, 2026, Dkt. No. 32; and

WHEREAS Plaintiffs Z.A., Z.B., Z.C., Z.D., Z.E., F.F., Z.G., G.G., and A.G. (collectively "Plaintiffs") filed an Amended Complaint against Defendants Attorney General Todd Blanche and the United States Department of Justice (together "Federal Defendants") and LPCH on June 8, 2026, Dkt. No. 41 ("First Amended Complaint"); and

WHEREAS Plaintiffs, Defendant LPCH, and the Federal Defendants stipulated on July 20, 2026 to extend LPCH's time to respond to the First Amended Complaint, causing LPCH's response to be due on or before August 31, 2026, Dkt. No. 102; and

WHEREAS Defendant LPCH now seeks additional time to respond to the First Amended Complaint; and

WHEREAS Local Civil Rule 6-1(a) permits parties to stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint; and

WHEREAS the Federal Defendants and Plaintiffs agreed to LPCH's request for a 30-day extension for its response to the First Amended Complaint; and

WHEREAS the Court need not issue an order on the stipulated enlargement because the enlargement will not alter the date of any event or any deadline already fixed by Court order, Local Civil Rule 6-1(a);

The Parties hereby stipulate and agree that LPCH will file its answer or otherwise respond to Plaintiffs' First Amended Complaint on or before **September 30, 2026.**

/ / /

/ / /

/ / /

/ / /

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067
TEL (310) 551-8111 • FAX (310) 551-0304

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067
TEL (310) 551-8111 • FAX (310) 551-0304

DATED: August 28, 2026

HOOPER, LUNDY & BOOKMAN, P.C.

By: *s/ Jordan Kearney*

DAVID S. SCHUMACHER
ALICIA W. MACKLIN
JORDAN KEARNEY
KATRINA A. PAGONIS
Attorneys for Defendant Lucile Salter Packard Children's Hospital at Stanford

DATED: August 28, 2026

LOWELL & ASSOCIATES, PLLC

By: *s/ Caleb Hayes-Deats*

CALEB HAYES-DEATS
ABBE DAVID LOWELL
SCHUYLER STANDLEY
Attorneys for Plaintiffs

DATED: August 28, 2026

U.S. DEPARTMENT OF JUSTICE

By: *s/ John Bailey*

JOHN BAILEY
Attorneys for DOJ

* I attest that counsel for Plaintiffs and DOJ concur in the filing of the within Stipulation and have authorized its filing.

By: *s/ Jordan Kearney*

JORDAN KEARNEY