BRETT A. SHUMATE
Assistant Attorney General
JORDAN CAMPBELL
Deputy Assistant Attorney General
SARAH WELCH
Senior Counsel to the Assistant Attorney General
JOHN BAILEY
BRANTLEY MAYERS
Counsel to the Assistant Attorney General
LISA K. HSIAO
Acting Director

SHIMENG ZHANG
LUKE MILLER
EUGENE O'HALLORAN
Trial Attorneys

U.S. Department of Justice
Civil Division
950 Constitution Ave. NW
Washington, D.C. 20005
Telephone: (202) 514-6993
E-mail: John.Bailey@usdoj.gov

Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Z.A., a minor, by and through their parent, A.A.; Z.B., a minor, by and through their parent, B.B.; Z.C., a minor, by and through their parent, C.C.; Z.D., a minor, by and through their parent, D.D.; Z.E., a minor, by and through their parent, E.E.; and F.F.; and Z.G., a minor, by and through their parents, G.G. and A.G., on behalf of themselves and all those similarly situated,

Plaintiffs,

vs.

TODD BLANCHE, in his official capacity as Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; and LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California nonprofit public benefit corporation,

Defendants.

Case No. 5:26-cv-04998-PCP

Hon. P. Casey Pitts

**JOINT STIPULATION TO EXTEND FEDERAL DEFENDANTS' TIME TO RESPOND TO THE AMENDED COMPLAINT**

**JOINT STIPULATION**

WHEREAS Plaintiffs F.F., Z.C., Z.B., Z.A., Z.D., Z.E., Z.G. (collectively "Plaintiffs") filed a First Amended Complaint against Defendants Attorney General Todd Blanche and the United States Department of Justice (together "Federal Defendants") and Defendant Lucile Packard Children's Hospital at Stanford ("LPCH") on June 8, 2026, Dkt. 41 ("First Amended Complaint"); and

WHEREAS Plaintiffs, LPCH, and Federal Defendants stipulated on August 4, 2026 to extend Federal Defendants time to respond to the First Amended Complaint, causing Federal Defendants' response to be due on or before August 31, 2026, Dkt. 109; and

WHEREAS Federal Defendants now seek additional time to respond to the First Amended Complaint; and

WHEREAS Local Civil Rule 6-1(a) permits parties to stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint; and

WHEREAS the LPCH and Plaintiffs agreed to Federal Defendants' request for a 30-day extension for its response to the First Amended Complaint; and

WHEREAS the Court need not issue an order on the stipulated enlargement because the enlargement will not alter the date of any event or any deadline already fixed by Court order, Local Civil Rule 6-1(a);

The Parties hereby stipulate and agree as follows:

1. Federal Defendants shall now answer or otherwise respond to Plaintiffs' First Amended Complaint on or before **September 30, 2026.**

DATED: August 31, 2026

HOOPER, LUNDY & BOOKMAN, P.C.

By: */s/ Caitlin G. Callahan*
CAITLIN G. CALLAHAN
DAVID S. SCHUMACHER
ALICIA W. MACKLIN
JORDAN KEARNEY
KATRINA A. PAGONIS
Attorneys for LPCH

DATED: August 31, 2026

LOWELL & ASSOCIATES, PLLC

By: */s/ Caleb Hayes-Deats**
CALEB HAYES-DEATS
ABBE DAVID LOWELL
SCHUYLER STANDLEY
Attorneys for Plaintiffs

DATED: August 31, 2026

U.S. DEPARTMENT OF JUSTICE

By: */s/ John Bailey*
JOHN BAILEY
Attorneys for Federal Defendants

* I attest that counsel for Plaintiffs and LPCH concur in the filing of this Stipulation and have authorized its filing.

By: */s/ John Bailey*
JOHN BAILEY